JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DEBORAH WOOD,

                Plaintiff,

     v.

FIRST RELIANCE STANDARD LIFE
INSURANCE COMPANY,

                Defendant.

Case No. 2:23-cv-01971 DSF (MRWx)

**ORDER OF DISMISSAL**

     Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, causes of actions, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: August 30, 2023

DALE S. FISCHER
U.S. DISTRICT JUDGE

1